# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **06-54925-CMC** |
| | § | |
| **HUGHES, BRYAN A** | § | Chapter 7 |
| **Hughes, Maria C.** | § | |
| | § | Judge: **Caldwell** |
| Debtor(s). | § | |

**NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $138.66 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| 1st AMR Credit<br>PO Box 334<br>Reynoldsburg OH  43068 | 1 | $84.55 |
| Central Ohio Primary Care<br>PO Box 267117<br>Columbus OH  43226 | 10 | $54.11 |

Dated: 6/8/10

*/s/ Amy L. Bostic*
Amy L. Bostic, Case Trustee

cc:   U.S. Trustee
      Creditor